Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA FAKIRA, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>CSL PLASMA INC.; and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No. 4:24-cv-00798-DMR<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**<br><br>(*Superior Court of California, County of Alameda, Case No. 23CV057131*) |

The Court is in receipt of the Parties' Stipulation to Remand Action to the Superior Court of California, County of Alameda ("Stipulation"), requesting the Court remand this action to the Superior Court of California, County of Alameda for the sole purpose of approving the Parties' settlement. Having considered the Stipulation and finding good cause therefore, the Court GRANTS the Parties' request and REMANDS this action to the Superior Court of California, County of Alameda. In the event that settlement is not approved, this Order is without prejudice to Defendant's right to remove the state court action to this Court, and Plaintiff shall not contend that such removal is untimely.

IT IS SO ORDERED.

Dated: November 8, 2024

_____
DONNA M. RYU
Chief Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]*

DMFIRM #414362820 v1

1